1  YOUNG .WARD
   Bradley L. Young (SBN: 127027)
2  Jennifer J. Lothert (SBN: 225776)
   995 Morning Star Drive, Suite C
3  Sonora, California 95370
   Telephone: (209) 536-2750
4

5  LAW OFFICE OF RHONDA MILLER
   Rhonda A. Miller (SBN: 180610)
   10073 Valley View Street #231
6  Cypress, California 90630-4601
   Telephone: (714) 527-7147
7

8  Attorneys for Plaintiff
   WENCESLADA McDONALD

9  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
10 Robin M. Hardy (SBN: 192489)
   Krista L. Mitzel (SBN: 221002)
11 560 Mission Street, Suite 3100
   San Francisco, California 94105
12 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
13

14 Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA

15                        UNITED STATES DISTRICT COURT

16                        EASTERN DISTRICT OF CALIFORNIA

17 | WENCESLADA McDONALD,              ) Case No. CIV-S-03-2155 MCE DAD
                                       )
18 |         Plaintiff,                 ) **STIPULATION AND ORDER TO**
                                       ) **CONTINUE TRIAL DATE**
19 |    v.                              )
                                       )
20 | LIFE INSURANCE COMPANY OF NORTH   )
     AMERICA,                          )
21                                     )
             Defendant.                )
22 |_____)

23        Pursuant to L.R. 83-143 and the Court's Pretrial Scheduling Order, dated December 22,

24 2003, the parties hereby stipulate to continuing the trial date, currently scheduled for June 8,

25 2005, to a date no earlier than late-July 2005.

26        Good cause exists to grant the continuance because the parties intend to engage in

27 settlement negotiations before mediator Ramsay Weisenfeld, Esq. on June 8, 2005.  The parties

28

1  wish to engage in mediation on this date because the parties were unable to engage in serious
2  settlement negotiations until the decision on their respective motions for summary judgment and
3  summary adjudication was issued on March 15, 2005.  Further, although the parties have begun
4  diligently preparing for trial, there are still outstanding expert depositions which need to be taken
5  and which may not be completed until late-May or early-June 2005.  Plaintiff refrained from
6  taking expert depositions prior to a decision on the parties' dispositive motions in order to
7  prevent possible unnecessary costs and attorneys' fees.

8       The parties intend to make a good-faith effort to resolve this action at mediation but will
9  require a brief continuance of the trial date in order to fully and meaningfully engage in
10 mediation and adequately prepare for trial, if necessary.  The interests of judicial efficiency
11 would be best served by a granting of a brief continuance of the trial date.

13 DATED: April _____, 2005    Respectfully Submitted,

14                              LAW OFFICE OF RHONDA A. MILLER

16                              By_____
                                Rhonda A. Miller
17                              Attorneys for Plaintiff
                                WENCESLADA McDONALD

18 DATED: April _____, 2005    Respectfully Submitted,

19                              SEYFARTH SHAW LLP

21                              By _____
                                Carolyn A. Knox
22                              Robin M. Hardy
                                Krista L. Mitzel
23                              Attorneys for Defendant
                                LIFE INSURANCE COMPANY OF
24                              NORTH AMERICA

25 ///
26 ///
27 ///
28

| | |
|---|---|
|1| **[PROPOSED] ORDER** |

2   Based on the stipulation between the parties by and through counsel, and for good cause
3   appearing, it is ordered that the jury trial currently scheduled for June 8, 2005, is continued to
4   September 14, 2005 at 9:00 a.m.
5   A Joint Pretrial Statement, filed in accordance with the Court's Pretrial Scheduling Order,
6   shall filed no later than July 25, 2005.
7   A pretrial conference shall be held on August 8, 2005 at 3:30 p.m.
8   The parties shall produce all trial exhibits to Amanda Souvannarath, the Courtroom clerk,
9   no later than 3:00 p.m. on September 7, 2005.
10   IT IS SO ORDERED.
11  Date: April 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE