1  YOUNG . WARD, ATTORNEYS
   Bradley L. Young (SBN: 127027)
2  Jennifer J. Lothert (SBN: 225776)
   995 Morning Star Drive, Suite C
3  Sonora, California 95370
   Telephone: (209) 536-2750
4
   LAW OFFICE OF RHONDA MILLER
5  Rhonda A. Miller (SBN: 180610)
   10073 Valley View Street #231
6  Cypress, California 90630-4601
   Telephone: (714) 527-7147
7
   Attorneys for Plaintiff
8  WENCESLADA McDONALD

9  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
10 Robin M. Hardy (SBN: 192489)
   Krista L. Mitzel (SBN: 221002)
11 560 Mission Street, Suite 3100
   San Francisco, California 94105
12 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
13
   Attorneys for Defendant
14 LIFE INSURANCE COMPANY OF NORTH AMERICA

15                   UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17 WENCESLADA McDONALD,          )  Case No. CIV-S-03-2155 MCE DAD
                                 )
18          Plaintiff,           )  **STIPULATION AND ORDER OF**
                                 )  **DISMISSAL OF ACTION WITH**
19      v.                       )  **PREJUDICE**
                                 )
20 LIFE INSURANCE COMPANY OF NORTH  )  [Fed.R.Civ.P. 41(a)].
   AMERICA,                      )
21                               )
          Defendant.             )
22 _____ )

23      Plaintiff Wenceslada McDonald and Defendant Life Insurance Company of North

24 America have reached a resolution of this matter.  The parties agree to dismiss this action in its

25 entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and

26 costs.

27 ///

28 ///

                                        1

1    The parties seek the Court's approval of dismissal of this action with prejudice through

2   the order listed *infra*.

3

    DATED: June _____, 2005                           YOUNG.WARD
4

5

                                                       By_____
6                                                      Bradley L. Young
                                                       Attorneys for Plaintiff
7                                                      WENCESLADA McDONALD

8   DATED: June _____, 2005                           SEYFARTH SHAW LLP

9

10                                                     By_____
                                                       Carolyn A. Knox
11                                                     Attorneys for Defendant
                                                       LIFE INSURANCE COMPANY OF
12                                                     NORTH AMERICA

13   **IT IS SO ORDERED.**

14

    Dated:  June 23, 2005
15

16   _____
     MORRISON C. ENGLAND, JR
17   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2